**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY DANFORTH, KRISTINA FRITSCH, and KIM WILSON, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>TOWN SPORTS INTERNATIONAL, LLC, INC. and TOWN SPORTS INTERNATIONAL HOLDINGS, INC., D/B/A NEW YORK SPORTS CLUBS, BOSTON SPORTS CLUBS, WASHINGTON SPORTS CLUBS, PHILEDELPHIA SPORTS CLUBS, PALM BEACH SPORTS CLUBS, LIV FITNESS, LUCILLE ROBERTS, CHRISTIE'S FITNESS, and TOTAL WOMAN GYM AND SPA,<br><br>                    Defendants. | Civil Action No. 20-cv-03195-(VSB)<br><br>**PROPOSED ORDER** |

**THIS MATTER** having come before the Court on the motion of Defendants Town Sports International Holdings, Inc., through their counsel, Gordon & Rees, LLP, to dismiss Plaintiffs' Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), and on notice to Plaintiffs, and their counsel, and the Court having reviewed the motion papers, opposition papers, if any, reply papers, and heard the argument of counsel, if any, and for good cause having been shown;

**IT IS**, on this ____ day of _____, 2020,

**ORDERED** that Defendant's motion is hereby granted; and further

**ORDERED** that Plaintiffs' Class Action Complaint is hereby dismissed; and further

**ORDERED** that a copy of this Order shall be served on all parties within ___ days of receipt of this Order;

**IT IS SO ORDERED.**

                                                   Hon. Vernon S. Broderick, U.S.D.J.